NORBERTO JIMÉNEZ SOTO, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE GUAYAMA, recurrido.

No. 706.—*Sometido:* Febrero 10, 1928.  *Resuelto:* Febrero 15, 1928.

HIPOTECAS—REGISTRO E INSCRIPCIÓN—HIPOTECAS INSCRIBIBLES—HIPOTECA SOBRE PARTE RESTANTE DE FINCA QUE HA SUFRIDO SEGREGACIONES—NECESIDAD DE PREVIA SEGREGACIÓN E INSCRIPCIÓN A NOMBRE DEL DEUDOR.—Una hipoteca, constituida por el dueño de una finca inscrita, sobre la parte restante de ella hecha deducción de ciertas segregaciones,—una inscrita y otras no—es inscribible sin necesidad de que la parte así hipotecada sea previamente segregada de la finca principal e inscrita a nombre del deudor.

NOTA de *R. Pérez Mercado,* R. (Guayama), denegando inscripción de contrato de hipoteca.  *Revocada.*

*Antonio L. López,* abogado del recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

En el Registro de la Propiedad de Guayama está inscrita a favor de José Navarro López una finca de 84 cuerdas de terreno, constando del mismo que ha sido hecha una segregación de 5 cuerdas, por lo que ha quedado reducida a 79 cuerdas.

El dueño de esa finca ha otorgado escritura pública en

la que después de manifestar que ha hecho varias segregaciones de esa finca de 84 cuerdas ascendentes a 39 cuerdas, de las cuales unas han sido inscritas y otras no, y de describir las 45 cuerdas restantes, constituyó sobre éstas hipoteca a favor de Norberto Jiménez Soto.

El registrador se negó a inscribir esa hipoteca porque no resulta que la porción de 45 cuerdas que se grava sea el resto de la finca de 84 cuerdas, pues sólo se ha hecho una segregación de 5 cuerdas, y porque para poder inscribir la hipoteca habrá de inscribirse previamente la porción de 45 cuerdas a nombre del deudor segregándola de la finca principal, lo cual no se ha pedido expresamente, interesándose solamente la inscripción del derecho de hipoteca.

Como no han sido inscritas las segregaciones que de la finca de 84 cuerdas ha hecho su dueño sino en una porción de 5 cuerdas, para los efectos del registro aquél continúa siendo dueño del resto de 79 cuerdas; pero como él puede hipotecar parte de su finca, como lo ha hecho en este caso en cuanto a 45 cuerdas, no creemos que sea necesario segregar dicha porción para que sea inscrita dicha hipoteca en cuanto a una parte de las 79 cuerdas pues él no ha enajenado las 45 cuerdas, que es cuando procedería su segregación para formar finca aparte de las 79 cuerdas.

*La resolución del registrador debe ser revocada y ordenársele* que haga la inscripción de la hipoteca como parte de las 79 cuerdas de que es dueño el hipotecante según el registro, sin previa segregación e inscripción separada de ellas.